IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RYAN P. HANSON, M.D., | : | Case No. 2:20-CV-4005 |
| | : | |
| Plaintiff, | : | JUDGE GRAHAM |
| | : | |
| vs. | : | MAGISTRATE JUDGE VASCURA |
| | : | |
| THE OHIO STATE UNIVERSITY, STUDENT HEALTH SERVICES, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Ryan P. Hanson, M.D. and Defendant The Ohio State University Student health Services, through their respective counsel, hereby stipulate to dismiss the above-captioned case with prejudice. Each party shall bear their own attorney fees and costs.

Agreed:

**KEMP, SCHAEFFER & ROWE CO., L.P.A.**

By:  /s/ Erica Ann Probst
    Erica Ann Probst  #0073486
    Attorney for Plaintiff
    88 West Mound Street
    Columbus, Ohio  43215
    (614) 232-8692
    (614) 469-7170 (fax)
    Erica@ksrlegal.com

**DAVE YOST (0056290)**
**ATTORNEY GENERAL OF OHIO**

By:  /s/ Drew C. Piersall
    Drew C. Piersall #0078085
    Scott H. DeHart #0095463
    Zashin & Rich Co., L.P.A.
    Attorneys for Defendant
    17 S. High Street, Suite 900
    Columbus, OH 43215
    (614) 224-4411
    (614) 224-4433 (fax)
    dcp@zrlaw.com
    shd@zrlaw.com

## **CERTIFICATE OF SERVICE**

     A copy of the foregoing was served electronically via the Court's electronic filing system this 1st day of July, 2021.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

                                            By:  /s/ Erica Ann Probst_____
                                                      Erica A. Probst (0073486)